UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**19MJ4198**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No._____ |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 8, U.S.C., Section |
| | ) | 1324(a)(2)(B)(iii)- |
| Nailah Rejean MCDUFFIE, | ) | Bringing in Illegal Alien(s) |
| and | ) | Without Presentation |
| Michael Adare REED, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FILED**

SEP 2 7 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

The undersigned complainant being duly sworn states:

On or about September 26, 2019, within the Southern District of California, defendants, Nailah Rejean MCDUFFIE and Michael Adare REED, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Jingjing WEI and Aihua CHEN had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

_____
SIGNATURE OF COMPLAINANT
Carlo E. Nazareno, CBP Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 27th day of September 2019.

_____
F.A. GOSSETT
UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

The complainant states that Jingjing WEI and Aihua CHEN, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impractical to secure their attendance at trial by subpoena and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On September 26, 2019, at approximately 11:50 P.M., a United States Customs and Border Protection (CBP) Officer was conducting pre-primary roving operations at the San Ysidro, California Port of Entry vehicle primary lanes. The CBP Officer made contact with a black Nissan Xterra bearing California license plates being driven by Nailah Rejean MCDUFFIE (D1), and passenger, Michael Adare REED (D2), both United States citizens. D1 presented a California driver license and D2 a California identification card and stated they were going home to San Diego with nothing to declare from Mexico. The CBP Officer asked what they were doing in Mexico and D2 stated they both went a gentlemen's club called Hong Kong. The CBP Officer conducted an inspection of the undercarriage of the vehicle and noticed what appeared to be a coat hanging as if it was going into the gas tank of the vehicle. The CBP Officer also noticed that the gas tank tapped solid. D1 and D2 were handcuffed for officer safety and escorted into the security office for further inspection and the vehicle was driven to secondary by a CBP Officer.

In secondary, CBP Officers conducted an inspection of the vehicle and discovered two individuals concealed in the rear undercarriage cargo area of the vehicle. They were assisted out of the compartment and later identified as Jingjing WEI (MW1) and Aihua CHEN (MW2), both determined to be citizens of China without documents to enter the United States and are now held as Material Witnesses.

At approximately 3:24 A.M., during a videotaped interview, D1 was advised of her Miranda Rights and elected to give a statement. D1 denied knowledge of the individuals concealed in the vehicle. D1 stated her boyfriend was to pay her an undetermined amount of money to drive the vehicle from Mexico into the United States to drop off in Chula Vista. D1 stated her boyfriend drove them into Mexico in a different vehicle. D1 stated she drove because she was to get paid more and has a driver license. D1 stated she believed she was transporting drugs across the border.

During a video-recorded interview, the Material Witnesses admitted to being citizens of China with no documents to lawfully enter or reside in the United States.

1

Material Witnesses stated they agreed to pay a range from about $8,000 to $47,000 USD if successfully smuggled into the United States. Material Witnesses stated they were going to New York.